

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00559-CR

Kerwin **BRYANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12429
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 31, 2024.

_____
Luz Elena D. Chapa, Justice